# Motion To Reconsideration

United States of America            Case No. 6:17-cv-01230
     Plaintiff

V.S            Kansas District Court

$96,935.00 in U.S Currency            Chief Judge Eric F. Melgren
     Defendant

To the Honorable Eric F Melgren,

With respect to the Honorable Court, Jonathan Querisma is asking that above case by reopened so he can rightfully reclaim his funds that were taken in 2017 by law enforcement. There was a traffic stop conducted in 2017 I Hayes Kansas and money was taken that belonged to Jonathan Querisma. The money was to be dropped off in Colorado by a friend who was an occupant of the vehicle for Jonathan Querisma but for whatever reason was seized by law enforcement. For safety, Mr. Querisma did not tell his friend Kareem Mitry how much money was enclosed in a bag, but only asked him to take it for him. Jonathan Querisma, who is more popularly known by Charisma Mufasa is a current celebrity entertainer and former professional football player. The money taken from the vehicle was listed by the Kansas District Court as "forfeiture property-drugs" but is no way tied to any illegal activity and there is no evidence supporting that claim, which we can rightfully prove in a court of law. Due to a series of unfortunate events and severe tour scheduling, Mr. Querisma was unable to claim the money back immediately and underwent life changing trauma after he was shot five times (and currently still going to court for the matter). Mr. Querisma is currently undergoing a disability case that has been going on for years on top of managing a team of employees and an entertainment career. With health issues and serious life changing matters, I was not able to immediately attend to the matter. Mr. Querisma has the proper documentation to show the money belongs to him rightfully and believes the court should reopen the case after the previous default judgement. I am asking for my rightful day in court to claim what I have worked extremely hard for. Reopening the case we believe will expose a proper resolution and a righteous one. Thank you for your time. New evidence, which include the owner of the money inside the vehicle and his paperwork of how he earned it is now available that was not at the previous times in this matter.

### STATEMENT OF THE LAW

A. The proper test in consent search cases is not whether there was a waiver of 4th Amendment rights, but whether the consent to search was voluntary under the totality of the circumstances. *United States v. Price, 925 F. 2d 1268, 1270 (10th Cir. 1991)*

B. Whether the consent to search is voluntary or was a product of duress or coercion, express or implied, is a question of fact to be determined from the totality of the circumstances and is a matter which the state has the burden of proving.
United States v. Werking, 915 F. 2d 1404(10th Cir. 1990):
United States v Bell,892 F. 2d 959, 965 (10th Cir. 1989),

Because there is belief the initial stop was unlawful, the government bears a heavy burden in connection with consent issue to search the vehicle.
United States v. Recalde, 761 F. 2d 1448, 1457 (10th Cir 1985)
United States v. Deases, 918 F.2d 118, 122 n.1 (10th Cir 1990)

C. The court's determination may be based on evidence already in the record, including any written plea, or additional evidence submitted by parties. If the forfeiture is contested, on either party's request the court must conduct a hearing after the verdict or finding of guilty.

Fed Criminal Procedure.Rule 32.2 (B)

D. A motion for reconsideration of orders must be based on (1) an intervening change in controlling law, (2) the availability of new evidence, or (3) the need to correct clear error or prevent manifest injustice." The decision whether to grant or deny a motion for reconsideration is committed to the court's discretion. A motion for reconsideration is appropriate if the court has obviously misapprehended a party's position on the facts or the law. "D.Kan. Rule 7.3(b)

Wright ex rel. Trust Co. of Kan. v. Abbott Labs., Inc., 259 F.3d 1226, 1235-36 (10th Cir. 2001).

A copy of this document has been sent to the Clerk of Courts and the Chambers of Chief Judge Eric Melgren.

U.S District Court
401 N. Market Street
Room 204
Wichita Kansas 67202

My contact information is listed below

Jonathan Querisma
391 East Sloss Ave
Defuniak Springs Fl 32433
470-583-6359
charismamufasabookings@gmail.com

SignatureX  *[signature]*                    January 18, 2022