United States Of America v. $96,935.00 in U.S. Currency (6:17-cv-01230)

Jonathan Querisma

470-583-6359

391 East Sloss Ave

Defuniak Springs Florida 32433

charismamufasabookings@gmail.com

*[signature]*

# AFFIDAVIT

State: Kansas
County: Ellis

Personally appeared before me, Kareem Mitry, who after being duly sworn testifies that he has personal knowledge of the foregoing facts and opinions, that he is competent to testify in all respects and further states, as follows

I am over 18 and my address 391 East Sloss Ave Defuniak Springs Fl 32433

On July 12th 2017, Jonathan Querisma asked me to take a bag to a friend of his for a possible business endeavor that he did not go into detail about. He is an honest trustworthy friend so I never once thought of anything malice or illegal to be associated with the favor he was asking. I was given a borrowed vehicle from a friend at the time to make the road trip. The trip was convenient because it also aligned with Tyson's family member's wedding. I was told to get someone to help me drive the trip to Colorado and that is when I ask Tyson Richardson to ride with me. Jonathan Querisma gave me $7000.00, which was to be payment split in half between Mr. Richardson and myself for driving. Mr. Richardson was unaware of any of the details surrounding the money that was in the vehicle as was I. He was given $3500 (as was I) to make the trip with me. I specifically gave the 3500 to Tyson and he never spoke with Jonathan Querisma about the details about why we were going only that we were being paid to drop off "something" for music entertainment purposes (and exactly in those terms) on his behalf.

2.

July 18th we departed on the trip. In or around the area of a highway in Hayes Kansas on July 19th, we were pulled over about an alleged traffic violation. The vehicle was searched and myself and Tyson Richardson were questioned and then released by law enforcement. The weld and bag were placed in the trunk without either occupants (including myself) knowing exactly what was in the bag. We didn't speculate anything illegal, so we were notified that there was a large cash amount present in the vehicle.

3.

Law enforcement mentioned something after the stop about a "stolen" vehicle, but that was never the case. The vehicle was a loaner and was not stolen. I believe if the vehicle were truly stolen we would have been taken into custody. This accusation only came after the alleged traffic violation, which was the supposed reason for the stop. The officer mentioned "lingering" in the left lane and possible "speeding" but never specified which was the reasoning for the stop.

4

After questioning we were released by law enforcement on side of the road. Upon attempting to contact Mr. Querisma I was informed by his grandmother Julia Belle that a friend of his was killed and he was not in reach to be contacted at the time. His assistant referred to as "Kay Black" stated that he was not the same physically and mentally following the loss of his friend.

DATED This the __17__ day of __Feb__, 2022

_Kareen Mitry_
Signature of Affiant

SWORN to subscribed before this __17__ day __of__ __Feb__, 2022

_Barbara Moore_
NOTARY PUBLIC



Notary Public State of Florida
Barbara Moore
My Commission GG 319207
Expires 07/20/2023

My Commission expires __07/22/2023__